### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NAM QUOC NGUYEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )     Case No. CIV-26-1110-HE |
| | ) |
| TODD BLANCHE, Attorney | ) |
| General et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Liz Eckholm and Nico Ratkowski on behalf of Petitioner. Doc. 1. It appears that counsel do not reside in Oklahoma or maintain an office in Oklahoma. They are therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c) by **June 3, 2026,** or they will be deemed withdrawn as counsel for Petitioner in this action.

**SO ORDERED** this 27th day of May, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE